IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02921–CMA–KMT

BROADNET TELESERVICES, LLC,

    Plaintiff,

v.

SHOUTPOINT, INC., and
VICTORY SOLUTIONS, LLC,

    Defendants.

## ORDER

This matter is before the court on "Plaintiff's Motion for Protective Order" [Doc. No. 33] and "Plaintiff's Motion to Compel" [Doc. No. 34]. Both motions have been fully briefed and this court, being otherwise fully apprised, hereby

**ORDERS**

"Plaintiff's Motion for Protective Order" [Doc. No. 33] is **GRANTED** consistent with the Protective Order entered by this court and filed contemporaneously herewith; and,

"Plaintiff's Motion to Compel" [Doc. No. 34] is **DENIED** as moot.

Dated this 26th day of September, 2013.

BY THE COURT:

*/s/ Kathleen M. Tafoya*
Kathleen M Tafoya
United States Magistrate Judge