**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 12-cv-02921-CMA-KMT

BROADNET TELESERVICES, LLC,

    Plaintiff,

v.

SHOUTPOINT, INC., and
VICTORY SOLUTIONS, LLC,

    Defendants.

---

**AMENDED ORDER APPOINTING SPECIAL MASTER**

---

This matter is before the Court on the Claim Construction Master's Suggestion to Issue Amended Order of Appointment (Doc. # 90).  The Court has provided the parties an opportunity to be heard on this matter, and there were no objections.  Therefore, pursuant to Fed. R. Civ. P. 53, the Court hereby AMENDS its Order Concerning Appointment of Master (Doc. # 84) as follows:

    1.    Paragraph #1 is restated and reaffirmed in light of Mr. Whitehair's Declaration (Doc. # 85), dated and filed on May 15, 2014. Paragraphs 7, 9, and 10 are deemed completed.  All actions taken by Mr. Whitehair since the Order of Appointment (Doc. # 84) are hereby considered taken as if the Rule 53(B)(3) Declaration had been filed at the time of said Order of Appointment.

2. Paragraph 4a will be inserted after paragraph 4, as follows:

4a. Any written communications between the parties and the master will be made an exhibit to the masters' Report and Recommendation. The master and the parties will work together to timely lodge with the Court a true and correct copy of the stenographic transcript of any hearing convened by the master, along with a legible copy of any hearing exhibits not otherwise of record, including any demonstrative exhibits. In addition, any stipulations reached by the parties and not otherwise filed with the Court shall be preserved and submitted with the Report and Recommendation.

DATED this __15th__ day of August, 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge