**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02921-CMA-KMT
(Consolidated for all purposes with Civil Action No. 1:15-cv-00940-CMA-KMT)

BROADNET TELESERVICES, LLC,

    Plaintiff,

v.

SHOUTPOINT, INC., and
VICTORY SOLUTIONS, LLC,

    Defendants.

---

ORDER OF DISMISSAL WITH PREJUDICE

---

The matter before the Court is the Joint Motion to Dismiss with Prejudice (Doc. #123), filed November 2, 2015. Having reviewed the Joint Motion and finding good cause therefor, it is hereby

ORDERED that the Motion (Doc. #123) is granted and the consolidated actions, Case Nos.1:12-cv-02921-CMA-KMT and 1:15-cv-00940-CMA-KMT, are hereby dismissed with prejudice, each party to bear its own attorneys' fees, costs, and expenses.

DATED November 3, 2015.

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge